IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KURT A. COOLEY,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner,
Social Security Administration,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-623-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered granting plaintiff Kurt Cooley's request under the Equal Access to Justice Act for an award of attorney fees and costs in the total amount of $5,582.56.

_____
Peter Oppeneer, Clerk of Court

_12/6/12_
Date